851 A.2d 832

MOUNTAIN VILLAGE, Respondent

v.

The BOARD OF SUPERVISORS OF LONGSWAMP
TOWNSHIP, Petitioner.

Supreme Court of Pennsylvania.

May 11, 2004.

## *ORDER*

PER CURIAM.

**AND NOW**, this 11th day of May, 2004, the petition for allowance of appeal is **GRANTED.** The parties are directed to address the following issue:

Whether the Commonwealth Court correctly determined that pursuant to the Municipalities Planning Code, 53 P.S. §§ 10503 and 10510, legal fees incurred by a municipality reviewing a land development plan cannot be assessed against a developer-applicant.